SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
MOE KESHAVARZI, Cal. Bar No. 223759
mkeshavarzi@sheppardmullin.com
A. ALEXANDER KULJIS, Cal. Bar No. 299951
akuljis@sheppardmullin.com
333 South Hope Street, 43rd Floor
Los Angeles, California 90071-1422
Telephone:  213.620.1780
Facsimile:  213.620.1398

Attorneys for Defendant BCBG MAX AZRIA GROUP, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| MARIA RAMOS, on behalf of herself and all others similarly situated,<br><br>    Plaintiff,<br><br>  v.<br><br>BCBG MAX AZRIA GROUP, LLC a DELAWARE Corporation; and DOES 1-100,<br><br>    Defendants. | Case No. 2:16-CV-01809-TLN-AC<br><br>**STIPULATION EXTENDING DEFENDANT BCBG MAX AZRIA GROUP, LLC'S TIME TO RESPOND TO COMPLAINT AND ORDER** |

-1-

**STIPULATION**

WHEREAS, on June 1, 2016, Plaintiff Maria Ramos ("Plaintiff") filed her Complaint in the Superior Court for the County of Sacramento against Defendant BCBG Max Azria Group, LLC ("BCBG").

WHEREAS, on June 30, 2016, Plaintiff served the Summons and Complaint upon BCBG.

WHEREAS, on August 1, 2016, BCBG timely removed this action to this Court.

WHEREAS, BCBG's deadline to answer or otherwise respond to the Complaint is August 8, 2016.

WHEREAS, Plaintiff has notified BCBG's counsel that Plaintiff sent BCBG a letter stating the purported violations of California's Consumers Legal Remedies Act ("CLRA") that she alleges, pursuant to California Civil Code Section 1782.

WHEREAS, Plaintiff intends to amend the Complaint to pursue damages under her CLRA claim pursuant to Civil Code Section 1782 and to conform the pleading to the federal standards.

WHEREAS, to avoid unnecessarily expending resources of the parties and the Court, Plaintiff and BCBG agree that Plaintiff shall have until September 2, 2016 to file her First Amended Complaint.

WHEREAS, Plaintiff and BCBG further agree that BCBG's deadline to answer or otherwise respond to the First Amended Complaint will be thirty (30) days from the date that Plaintiff files the First Amended Complaint.

THEREFORE, the parties, by and through their respective counsel, hereby stipulate and agree and respectfully request that the Court so order that Plaintiff shall have until September 2, 2016 to file her First Amended Complaint, and BCBG's deadline to answer or otherwise respond to the First Amended Complaint will be thirty (30) days from the date that Plaintiff files the First Amended Complaint.

1 **IT IS SO STIPULATED**.

3 DATED: August 4, 2016

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP


By: */s/ A. Alexander Kuljis*
MOE KESHAVARZI
A. ALEXANDER KULJIS
Attorneys for Defendant
BCBG MAX AZRIA GROUP, LLC

DATED: August 4, 2016

KEARNEY LITTLEFIELD LLP


By: */s/ Prescott W. Littlefield*
    *(as authorized on August 3, 2016)*
PRESCOTT W. LITTLEFIELD
Attorneys for Plaintiff
MARIA RAMOS

-2-

## ORDER

Good cause having been shown, pursuant to the parties' stipulation, the Court herby orders that Plaintiff shall have until September 2, 2016 to file her First Amended Complaint and BCBG's deadline to answer or otherwise respond to the First Amended Complaint will be thirty (30) days from the date that Plaintiff files the First Amended Complaint.

**IT IS SO ORDERED.**

Dated: August 8, 2016

_____
Troy L. Nunley
United States District Judge