**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION**

| | |
|---|---|
| MARIA RAMOS, on behalf of herself and all others similarly situated,<br><br>　　　　　　　　　Plaintiffs,<br><br>　vs.<br><br>BCBG MAX AZRIA GROUP, LLC, a Delaware corporation; and DOES 1-100, inclusive<br><br>　　　　　　　　　Defendants. | CASE NO. 2:16-CV-01809-TLN-AC<br><br>**CLASS ACTION**<br><br>**ORDER STAYING ACTION PENDING NINTH CIRCUIT COURT OF APPEALS REVIEW OF RUBENSTEIN V. THE NEIMAN MARCUS GROUP LLC, NINTH CIRCUIT CASE NO. 15-55890** |

Having reviewed the parties' Stipulation to Stay Action Pending Ninth Circuit Court of Appeals Review of *Rubenstein v. The Neiman Marcus Group,* LLC, Ninth Circuit Case No. 15-55890, and good cause appearing,

**IT IS HEREBY ORDERED** that:

1.　This action is stayed pending a decision by the Ninth Circuit Court of Appeals in *Rubenstein v. The Neiman Marcus Group LLC*, Ninth Circuit Case No. 15-55890.

---

1

ORDER STAYING ACTION PENDING NINTH CIRCUIT COURT OF APPEALS REVIEW OF RUBENSTEIN V. THE NEIMAN MARCUS GROUP LLC, NINTH CIRCUIT CASE NO. 15-55890

      2.    It is further ordered that Plaintiff will provide notice to this Court within two weeks of the Ninth Circuit's decision in *Rubenstein* so that the stay can be lifted.

**IT IS SO ORDERED.**

Dated: September 23, 2016

_____
Troy L. Nunley
United States District Judge

ORDER STAYING ACTION PENDING NINTH CIRCUIT COURT OF APPEALS REVIEW OF RUBENSTEIN V. THE NEIMAN MARCUS GROUP LLC, NINTH CIRCUIT CASE NO. 15-55890