1

2

3

4

5

6

7

8                             UNITED STATES DISTRICT COURT

9                             EASTERN DISTRICT OF CALIFORNIA

10

11   MARIA RAMOS,                                No. 2:16-cv-01809-TLN-AC

12                 Plaintiff,
                                                 **ORDER RELATING CASES**
13          v.

14   BCBG MAX AZRIA GROUP, LLC,

15                 Defendant.

16   MARIA RAMOS,                                No. 2:16-cv-02258-JAM-KJN

17
                  Plaintiff,
18          v.

19   PVH CORPORATION, a Delaware
     corporation,
20
                  Defendant.
21

22   MARIA RAMOS,                                No. 2:16-cv-01842-MCE-KJN

23                 Plaintiff,
            v.
24
     AM RETAIL GROUP, INC., a Delaware
25   corporation,

26                 Defendant.

27

28

                                           1

1    The Court has reviewed the above entitled actions *sua sponte* and the examination reveals

2    that they are related within the meaning of Local Rule 123(a)(3).  The actions involve the same

3    plaintiff, similar questions of fact and the same questions of law, and would therefore entail a

4    substantial duplication of labor if heard by different judges.  Accordingly, the assignment of the

5    matters to the same judge is likely to affect a substantial savings of judicial effort.

6    The parties should be aware that relating the cases under Local Rule 123 merely has the

7    result that these actions are assigned to the same judge.  No consolidation of the actions is

8    affected.  Under the regular practice of this Court, related cases are generally assigned to the

9    judge and magistrate judge to whom the first filed action was assigned.

10   IT IS THEREFORE ORDERED that the actions denominated 2:16-cv-02258-JAM-KJN

11   and 2:16-cv-01842-MCE-KJN are hereby reassigned to District Judge Troy L. Nunley and

12   Magistrate Judge Allison Claire for all further proceedings.  Any dates currently set in the

13   reassigned cases only are hereby VACATED.  Henceforth, the caption on documents filed in the

14   reassigned cases shall be shown as: 2:16-cv-02258-TLN-AC and 2:16-cv-01842-TLN-AC,

15   respectively.

16   IT IS FURTHER ORDERED that the Clerk of Court make appropriate adjustments in the

17   assignment of civil cases to compensate for this reassignment.

18

19   Dated: November 16, 2016

20

21

22   _____

23   Troy L. Nunley
     United States District Judge

24

25

26

27

28

2